IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ARCHER | : | 02-4532 |
| SAUNDERS | : | 02-4536 |
| ASHER, ET AL. | : | 02-4769 |
| BATES | : | 02-4784 |
| ASHLEY | : | 02-4804 |
| ACOSTA | : | 02-4828 |
| APPLING, ET AL. | : | 02-4905 |
| BAVETT, ET AL. | : | 02-4906 |
| BERRY | : | 02-4908 |
| BREIDENSTEIN | : | 02-4909 |
| GARSHA, ET AL. | : | 02-4974 |
| GARDNER, ET AL. | : | 02-4981 |
| GERBER, ET AL. | : | 02-4997 |
| HANNAH, ET AL. | : | 02-5032 |
| GARCIA, ET AL. | : | 02-5050 |
| GRIEGO, ET AL. | : | 02-5059 |
| COTA | : | 02-5072 |
| FRYMAN, ET AL. | : | 02-5101 |
| FIERRO, ET AL. | : | 02-5110 |
| WEINBERG | : | 02-5167 |
| WEINSTEIN | : | 02-5185 |
| WHADFORD | : | 02-5199 |
| TOWARD | : | 02-5219 |
| TRAHAN | : | 02-5222 |
| LARGENT, ET AL. | : | 02-5245 |
| MELTON, ET AL. | : | 02-5267 |
| BURNEO, ET AL. | : | 02-5300 |
| CARTWRIGHT, ET AL. | : | 02-5336 |
| WILLOUGHBY, ET AL. | : | 02-5347 |
| MCCLAIN | : | 02-5384 |
| JONES | : | 02-5385 |
| SCHINE | : | 02-5424 |
| RUSSELL | : | 02-5446 |
| NOWAK, ET AL. | : | 02-5454 |
| LOPEZ, ET AL. | : | 02-5476 |
| PAULSON | : | 02-5485 |
| ORIBA | : | 02-5518 |
| SHEPPARD | : | 02-5527 |
| PIMENTAL, ET AL. | : | 02-5538 |
| SMITH | : | 02-5555 |

| | | |
|---|---|---|
| CLARK-GONZALES | : | 02-5573 |
| HOOD, ET AL. | : | 02-5603 |
| CARRILLO | : | 02-5613 |
| MANSOOR, ET AL. | : | 02-5646 |
| REYES, ET AL. | : | 02-5665 |
| SAGUANPONG, ET AL. | : | 02-5666 |
| O'DONNELL | : | 02-5719 |
| PETROV | : | 02-5727 |
| PIETERSE | : | 02-5742 |
| KUZEMKO | : | 02-5777 |
| HOOPER | : | 02-5796 |
| NELSON | : | 02-5813 |
| JEFFERSON, ET AL. | : | 02-5832 |
| ROBINSON, ET AL. | : | 02-5861 |
| TAULBEE, ET AL. | : | 02-5863 |
| MILLER | : | 02-5873 |
| LAWRENCE, ET AL. | : | 02-5934 |
| HUETT, ET AL. | : | 02-5935 |
| HAMPTON | : | 02-5954 |
| HUMPHREY | : | 02-5989 |
| HERNANDEZ | : | 02-6024 |
| ELLIS | : | 02-6048 |
| FARBMAN | : | 02-6067 |
| SCHNEIDER, ET AL. | : | 02-6099 |
| RONBERG, ET AL. | : | 02-6100 |
| ROSSELL, ET AL. | : | 02-6105 |
| MORRIS | : | 02-6126 |
| ROSSO, ET AL. | : | 02-6133 |
| MARTIN, ET AL. | : | 02-6149 |
| RODIS, ET AL. | : | 02-6152 |
| TEDESCHI, ET AL. | : | 02-6189 |
| THIBODEAUX, ET AL. | : | 02-6191 |
| TUAKOI, ET AL. | : | 02-6214 |
| ERNST-SHOUSE | : | 02-6219 |
| KENT, ET AL. | : | 02-6251 |
| SOTO, ET AL. | : | 02-6289 |
| HEFFEL, ET AL. | : | 02-6299 |
| BOWERS | : | 02-6328 |
| MONTGOMERY | : | 02-6357 |
| TAUSCH, ET AL. | : | 02-6358 |
| RANGER, ET AL. | : | 02-6367 |
| EATON, ET AL. | : | 02-6404 |
| DUCKWORTH, ET AL. | : | 02-6417 |
| ISAACSON, ET AL. | : | 02-6433 |
| SMITH | : | 02-6450 |

| | | |
|---|---|---|
| ROBERTS | : | 02-6459 |
| LAMBERT | : | 02-6483 |
| MILLER | : | 02-6504 |
| MATHIASSEN, ET AL. | : | 02-6508 |
| REDUQUE, ET AL. | : | 02-6536 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

# O R D E R

**AND NOW,** this           day of August, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**


**LEGROME DAVIS, Judge**